**No. 59748.**—Canada Packers, Inc., and International Packers Commercial Division of International Packers, Limited *v.* United States, protests 198608–K and 218581–K (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.